UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

         Plaintiff,

    v.

2006 BIRCHWOOD APARTMENTS, LLC,

         Defendant.
_____/

NO. CIV. S-10-1939 LKK/DAD

O R D E R

Plaintiff has submitted a "request" to "complete service of process on limited partnership through secretary of state" (Dkt. No. 23). The request does not identify the statutory or other authority under which it is made. If plaintiff asserts that Cal. Civ. Code § 17061(c)(1), applies, he has failed to include an affidavit setting forth why service could not be made by other means.

Accordingly, plaintiff's "request" is **DENIED** without prejudice. If plaintiff renews this request, it shall advise the court of the specific authority under which it is made, and it shall comply with the requirements of that authority.

IT IS SO ORDERED.

DATED: October 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT